AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Peggy Marie Warren, | ) |
| *Plaintiff,* | ) |
| v. | ) Civil Action No.  0:20-cv-03854-PJG |
| Commissioner of Social Security Administration, | ) |
| *Defendant.* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:   the decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g) and the action is remanded for further administrative proceedings.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Paige J Gossett , United States Magistrate Judge, presiding, who  reversed the decision of the Commissioner and remanded the action for further administrative proceedings.

Date:   January 19, 2022                                          *CLERK OF COURT*

                                                                                s/Marybeth McDonnell
                                                                                *Signature of Clerk or Deputy Clerk*